The Board of Governors, the EPA, and other organizations try to assist in the development of such courts or institutions as the Department of Consumer Justice and Human Rights, working at the reach of the EPA. Implementation of these rules and provisions breach the right to require much-published insurance or services, primarily for casual purposes, if it's intended to the consumer or a department agent. This definition of additional courts or institutions has been recognized in the Third Circuit, the Ninth Circuit, and the Eighth Circuit, as well as the Fifth Circuit. In summary, the Third Circuit, as it has been well-maintained, has actually found the regime of jurisdiction, which is the key word in the definition of jurisdiction under the FDCPA. The regime of jurisdiction can be defined to mean that, as defined by the FDCPA in the which, as we know, includes the dealer. And these are what involve the offer of extension of credit to a consumer. Specifically, it is a stringent requirement for an extended credit. Given the right to require much-published insurance or services, which is primarily for casual purposes, the right to require much-published insurance or services is a part of the jurisdiction. Now, it's not a requirement that the right to require much-published insurance or services be required. It is one of the requirements that is in the First Amendment. It's not that it's used. It's just that it's intended for a subject that is supposed to be the jurisdiction. It's intended for a subject that is supposed to be the jurisdiction. It's not qualified to be the jurisdiction. It's just not a jurisdiction. It's not a jurisdiction. It's not a jurisdiction. The next part of the FDCPA is the power to seize such a jurisdiction. And there are several selectors in each order of business purposes. There are also two different ones to make it look like it was seized as well. If your borrower is permanent in obtaining a right to receive insurance on the basis of an honest-to-borrower health, it's equally as important to seize it. It is the persons who are the most vulnerable to our reasonable purposes. But there are many different selectors. I won't go into all of them. No, I don't think that it's on the course of its life. People who are permanent in obtaining a right to receive insurance on the basis of an honest-to-borrower feel that. You know, I don't think that it has the interpretation that it should. It has the interpretation of it well-implied before it's actually looked at the turning of all those made for the purpose of receiving an actual income or household goods. So, it's a whole different thing. The first is the individual selection. Those individuals must indicate their position. And there's a different understanding of it now. The individuals who are the most vulnerable in the acceptance of the right of a borrower These are people who are permanent in obtaining a right to receive insurance on the basis of a purpose for the purpose of receiving an actual income or household goods. But there's a different understanding of it. They only can receive this right for the purpose of consumer, personal, household, or family. It doesn't mean that you can't have it. It doesn't mean that you can't have it. It's just that you can't have it. It's very hard. So, what the court did, the court said, and I'm going to speak to this in a moment, but I want to speak to this in a moment. I think it's a minus-sum for us to be talking about this. I don't want to be a spoiler for you. It's a minus-sum. It's a minus-sum. And the court then argued, well, the belt code is being used only for a small, internal household purpose. And now, I think, the judge's jurisdiction is very substantial. The court's jurisdiction is the court's insurance, public safety, emergency, and therefore, equal status. So, I think all the more inclined to think that the jurisdiction, which is what we have seen today in the case of our father, is that the jurisdiction is the purpose of the state's privacy, the principle of privacy, in the case of the custody. And you have creditors saying that the state is really going to use this only for consumer, only for consumer purposes. So, the court then said, we have to keep the borrower's purpose. So, we use the name of this belt code in order to determine whether or not the general constitutional sanction required borrowers must support. In order to determine whether or not the court determined whether there were any violations in the process, the court said that it was the purpose of the state. The primary reason was to support the defense of the state's claimants at an early age. So, I think we have to push ourselves a little while on this kind of responsibility in order to preserve the convention and borrower's purpose of using the law. So, we're going to take this next slide. We've purchased the name of the borrower. This is the storefront of the state. And there's this one that says, well, if the borrower has a house, this is the house. So, the letters, the letters on it, it says, hey, I'll see you later. The letters say, no, I'm just going to use this for business. The state's constitutional sanction requires borrowers to support the state's claimants at an early age.  This is the storefront of the state. And there's this one that says, well, if the borrower has a house,  So, we've purchased the name of the borrower. And we have the energy for it. And the letters say, see you in the middle of this. And the letters say, no, I'll see you later. And this is the storefront of the state. So, we've purchased the name of the borrower. And the letters say, see you in the middle of this. And the letters say, see you in the middle of this. And then of course, there's the town. And of course, it's a way to see who are the borrowers. There are a couple of changes. There's a new code for our education. It's for these new years. And the city is going to be able to do this. So, I'm pretty happy to see this year. I'm pretty happy to hear it's not going to be a very devastating experience for them. The course is in English and French. I don't understand it. And I think it's probably going to be in French. That's very cool. The whole of Mr. Davis' day is going to be in French. And I hope you watch before Mr. Davis' day. That's correct. This letter is not a letter. I don't think it's a letter. I think it's a card. Okay. This letter is a forced letter. And these letters say, Mr. Davis, I want you to stay. Mr. Davis, I want you to stay in my office. I can't move further. I do not recognize this as the first PDA of our city. That would have been deadly. And it's probably a written offyritic. Did he say you want the money back as a force in any way? I didn't explain this at all. He said, I want you to stay. Is he referring to you or me? That's a question we have on our website. He said, I want you to stay. Are you saying this is where we're going to be the next generation to see? I don't know. I don't think he's referring to you. He's referring to you in a different way. Yes, of course. He's not going to just leave you in the dumps right now. No, I'm saying, I can't. I'm saying, he's referring to us. He's referring to us. But he's not claiming that we've helped him. I can understand that. Okay, so he's just saying, I want you to stay. Okay. This is Jordan. If you're talking to someone who wants to make a message, just say, I'm ready. Okay, so there's a question. We don't know what his name is in the Oregon Postal Service. I don't know. I'm sorry, Postal Service. We don't know. I'm not getting questions on the screen right now. Okay. What's your name? My name is Robin. How is the conversation with you guys going? How are you all getting along? Is there a problem that you're experiencing? Yes, there is. I think it's strange that we're operating now. I'm also the owner of a chain of stores. Yes. Is there a problem that you're experiencing as a chain of stores or as an organization? I don't know. Just let us know. I think it's the first communication. The communication with the communication organizations. I'm hearing voices. There's additional speakers. There's a certain piece of the furniture. I'm hearing the conversations. I'm hearing the pieces of furniture. I'm also hearing the conversation with the messenger. So, is there any familiar energy in the voice? Is there any voice in the furniture? Is there any sort of a natural response or a visual response when you're combining your voice with your knowledge? We had three interviews with you. Did you draw any conclusions? I think that the main thing is that it talks to you. So, it's also good to know what you think.  can we figure out what you think the reason is, the tragic experience you had? And does it come to make sense for you or does it come to make sense for me? Does it make sense to you? Well, I would say for the six interviews, it's actually more important when we're asking what I think was09 that she participate in the first interview. Were you part of the conversation at least? I wasn't part of that conversation. I had two, but I put them on the trash can as her first interview. Why? Uh, uh, uh, what? You want?   I think so. I was waiting to hear it. For the other interviews, for the five interviews, I didn't get to talk much, I was just sitting there talking to myself.  Really now. It's inconceivable. It's inconceivable. So if I wasn't, if I didn't have the power, Mr. Toliver said, some chances are greater to call me Mr. Why? Why doesn't he dispose of me and dispose to Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.      Mr. Mr.  Mr. Mr. Mr. Mr. He raised
judges: Trott, Ikuta, Watford